946

No. 528. HY-LAN FURNITURE Co., INC. v. WILSON, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 4th Cir. Certiorari denied. *Robert R. Jones* for petitioner. *W. F. Womble* for respondents.

No. 529. GUARRACINO v. LUCKENBACH STEAMSHIP Co., INC. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Eugene Underwood* for respondent.

No. 525. IOWA SOUTHERN UTILITIES Co. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Charles T. Akre* for petitioner. *Solicitor General Cox* for respondent.

No. 531. THOMAS v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Russell E. Parsons* for petitioner.

No. 532. HUDSON-SHARP MACHINE Co. v. ERVING PAPER MILLS. C. A. 7th Cir. Certiorari denied. *Maxwell H. Herriott* for petitioner. *William J. Duffy* for respondent.

No. 533. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. v. UNITED AIRCRAFT CORP. C. A. 2d Cir. Certiorari denied. *Plato E. Papps, Mozart G. Ratner* and *William S. Zeman* for petitioners. *Joseph C. Wells* for respondent.

No. 537. ONEIDA TRIBE OF INDIANS OF WISCONSIN v. UNITED STATES. Court of Claims. Certiorari denied. *Louis L. Rochmes* for petitioner. *Solicitor General Cox* for the United States.